FILED
IN CLERKS OFFICE

2022 MAR 17  AM 11:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Tyrone Hurt
(see: <u>Haines v. Kerner, 1972</u>)
317 Kentucky Ave. S.E.
#2, Wash. D.C., 20003
(202) 390-6251

Plaintiff

and

U.S. Constitution, (1688)(1775)
(see: <u>Haines v. Kerner, 1972</u>)

and

The American College Dictionary,

Intervenors,

and

Black History Month
within the United States to America
(Nota' bee: examine: the United States to
America as opposed to the United
States to America)
(Also: Nota' bee: examine: <u>the end to
Slavery AD to 2021</u>:)

| Civil
| Action
| No

(2)

International Peace Court - (1946)
(Hague, Netherlands)

v.

United States to America, et. al.,
(Lee: Bivens v. Six (6) Unknown
Narcotics Agents - (1972)

v.

United States to America

## Complaint

1. Jurisdiction to this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1336, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1975, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive of interest and costs.

3. I demand a trial by A Jury on all the issues presented.

4. I am A citizen to the D.C., and to the U.S.A.

### Statement to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states that by this Honorable

(refer to: see: U.S. Constitution, (1658) (1775)) and to: see: The American College Dictionary, inasmuch as, from the past to the present-day, the insidiousness of Black History Month, bestowed and placed upon Blacks; people of color; so-called-African-Americans, to, terrorism, allegedly, given to Blacks; people of color; so-called-African-Americans, (as, all, holidays, allegedly, celebrated by Americans, bequeathed within this nation, whose labelled as terrorism, in, essence-is, not, are not mentioned-in-the U.S. Constitution, (1658) (1775)), therefore, are illegal and once being unconstitutional, or, in violation to the U.S. Constitution, (1658) (1775), inasmuch as, in the year to 1619, this so-called-"slaves" illegally, captured from the continent of Africa, in violation to human solution order and World Order, and thus, brought to this uninhabitants lands by their captors, to, supposedly, to help build a nation—The United States of America, they/whom, were treated with all sorts of atrocities—temple! The death penalty, mainly, mostly, applied illegally and unconstitutionally to, Blacks; people of color; so-called-African-Americans; tulip, Oklahoma to the year to 1921, the mass killings towards Blacks; people of color, endlessly and unnecessarily, by the terrorist organization of the Ku Klux Klan, and thereafter, were given terrorism to Black History Month to Blacks; people of color; so-called-African-Americans—see: Human Rights to Human Solution Order.

(4)

So, therefore, amongst the facts mentioned herein, said Plaintiff respectfully requests the installation, translation and establishment of said Black History Month, unanimously, given to "Blacks"; people of color (so-called African-Americans), in accordance to the U.S. Constitution, (1608) (1775) and thus, in accordance to Human Rights.

Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurd, the Plaintiff and respectfully moves the Honorable, U.S. Dist. Ct. for the First (1st) Circuit, for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that people to my poverty, that I am unable to pre-pay the said costs or fees for the filing to the foregoing complaint, and that said Plaintiff be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Memorandum to Laws

1. Lee: U.S. Constitution, (1608)(1775):
2. Lee: The end of slavery Act to 2021:
3. Lee: Title 28, Section 1915, U.S.C.:

(5)

See: *The American College Dictionary*;
See: *Black's Law Dictionary - (2009-)*;
See: *International Peace Act - (1946)*
(Hague, Lutheran's);

### Relief

1. The Plaintiff seeks into elimination, cessation and abolishment to into tokenism of Black History Month, placed upon Blacks; people of color; i.e., alleged-African-Americans, in, being, erroneous. The Plaintiff seeks into driving through the First (1st) Amendment Right to the U.S. Constitution, (1684)(1775-) to this very pertinent civil action complaint. The Plaintiff seeks one (1) million dollars in punitive and monetary damages against into Defendants, et al.

Affidavits to Poverty,
Pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff and Respectfully states that because to my poverty that I am unable to pre-pay the into costs needed for the filing to the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I am seeks

(6)

<u>Certification to Serve</u>

I, Tyrone Hunt, the Plaintiff, respectfully states, that I have upon this 2nd. day to Feb., 22, have sent the foregoing complaint, to the U.S. District Co. for the First (1st) Cir., to make service upon the Atty. for the Defendants, et. al.,

Respectfully submitted,
Tyrone Hunt
(Plaintiff, pro-se)
(Haines v. Kerner, 1972)