UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TYRONE HURT, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) | Civil Action No. |
| v. ) | 22-10423-FDS |
| ) |  |
| UNITED STATES OF AMERICA, et al., ) |  |
| ) |  |
| Defendants. ) |  |

**ORDER**

**SAYLOR, C.J.**

On March 17, 2022, Tyrone Hurt, a resident of Washington, D.C., filed a *pro se* complaint. Two days later, he filed a second pleading accompanied by a motion for leave to proceed *in forma pauperis*. It appears Hurt seeks to bring a *Bivens* action against the United States and the American College Dictionary.

The Court's records indicate that Hurt has previously filed cases under the surnames Hurt and Hunt. In 2012 and 2013, he filed five civil actions under the name "Tyrone Hunt." *See Hunt v. State of Conn.*, C.A. No. 12-12401-RWZ (D. Mass.); *Hunt v. Chen*, C.A. No. 13-10197-RWZ (D. Mass.); *Hunt v. All Neo-Nazis*, C.A. No. 13-11321-IT (D. Mass.); *Hunt v. D.C. Metro. Police Dep't*, C.A. No. 13-11323-IT (D. Mass.); *Hunt v. Kollar-Kotelly*, C.A. No. 13-11324-IT (D. Mass.). On June 20, 2013, the Court dismissed the latter three cases, finding that they were abusive and failed to state a claim upon which relief could be granted. The Court also enjoined Hurt from filing any new lawsuits in the District of Massachusetts without first petitioning the

Court for permission to do so.  *See* C.A. Nos. 13-11321-IT (ECF No. 5), 13-11323-IT (Docket Entry No. 5), 13-11324-IT (Docket Entry No. 4).

Later the same year, Hurt filed three more actions in this Court under the name "Tyrone Hurt."  All three actions were dismissed for failure to comply with the June 20, 2013 order requiring "Tyrone Hunt" to seek and obtain permission from the Court to file a new lawsuit.  *See Hurt v. D.C. Parole Bd.*, C.A. No. 13-11800-DJC (D. Mass.); *Hurt v. United States*, C.A. No. 13-11801-NMG (D. Mass.); *Hurt v. United States*, C.A. No. 13-11803-DPW (D. Mass.).  In 2019, another action was dismissed for failing to seek and obtain permission from the Court to file a new lawsuit.  *See Hurt v. United States*, C.A. No. 19-11868-WGY (D. Mass.).

Whether the plaintiff is proceeding as "Tyrone Hurt" or "Tyrone Hunt," he is still subject to the June 20, 2013 order.  Because Hurt filed this action in contravention of that order, this action is DISMISSED without prejudice.

**So Ordered.**

                                      /s/ F. Dennis Saylor IV
                                      F. Dennis Saylor IV
                                      Chief Judge, United States District Court

Dated:  June 2, 2022